IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FIRST GUARANTY MORTGAGE CORPORATION, | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 3:13-CV-4187-D |
| VS. | § § | |
| STEVEN RAY WALTERS AND ALL OCCUPANTS, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff's November 18, 2013 motion to remand—to which no response has been filed—is granted. The court concludes that it lacks subject matter jurisdiction and, pursuant to 28 U.S.C. § 1447(c), remands this case to County Court at Law No. 2 of Dallas County, Texas. The clerk of court shall effect the remand according to the usual procedure.

Because the court is granting plaintiff's motion to remand, it need not consider the November 15, 2013 findings, conclusions, and recommendation of the United States Magistrate Judge, which recommends that the case be remanded.

**SO ORDERED.**

December 11, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE